The People of the State of Illinois ex rel. James W. McCormick et al., appellee, v. Western Cold Storage Company et al., respondents. Western Cold Storage Company, appellant.  Gen. No. 26,329.

Mandamus to compel the removal of a loading platform or bulkhead from a public sidewalk.  Judgment for petitioner.  Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1920.  Affirmed.  Opinion filed October 4, 1921.  Rehearing denied October 27, 1921.

Burry, Johnstone & Peters, for appellant.  Ogren & Wermuth, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Thomas J. McCarthy, appellee, v. S. Oppenheimer & Company, appellant.  Gen. No. 26,353.

Assumpsit for services rendered under a contract of employment. Verdict and judgment for plaintiff.  Appeal from the County Court of Cook county; the Hon. Thomas J. Myers, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1920.  Reversed with finding of facts.  Opinion filed October 4, 1921.

Rubovits & Hirsch, for appellant.  George E. Gorman, for appellee; E. C. Howard, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Joseph Szymanski by Alex Szymanski, appellee, v. Western Die and Stamping Works, appellant.  Gen. No. 26,364.

Action for damages for personal injuries received by plaintiff, a minor, while operating a stamping machine in defendant's factory. Verdict and judgment for plaintiff.  Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1920.  Affirmed. Opinion filed October 4, 1921.

W. J. Dole, for appellant; J. Ambrose Gearon, of counsel.  Joseph A. Weber, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Lorenzo Hoecker, appellant, v. John Mulhern, appellee.  Gen. No. 26,388.

Action for damages for personal injuries.  Judgment for defendant upon an instructed verdict.  Appeal from the City Court of Chicago Heights; the Hon. John P. McGoorty, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1920.  Affirmed. Opinion filed October 4, 1921.

Dennis K. Lindhout, for appellant.  Abbott, Hood & Smith, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.